# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ALEATHA BLAKE**,

       Plaintiff,

                    Case Number: **8:24-cv-425-JSM-TGW**

   v.

**CLARITY SERVICES, INC.**,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Aleatha Blake, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Clarity Services, Inc. Upon consummation of the settlement terms, Plaintiff will dismiss Defendant with prejudice.

Submitted this August 26, 2024, by:

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
2124 W. Kennedy Blvd., Ste A
Tampa, FL 33606
(813) 567-1230
bmorgan@seraphlegal.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendant's counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954